ORIGINAL
FILED
DEC 13 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing
JCS

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
SHUTTERFLY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTTERFLY, INC.,<br>Plaintiff,<br>v.<br>EASTMAN KODAK COMPANY, and KODAK IMAGING NETWORK, INC.<br>Defendants. | Case No. CV 10 5672<br>**COMPLAINT FOR PATENT INFRINGEMENT**<br>**JURY TRIAL DEMANDED** |

Plaintiff Shutterfly, Inc. ("Shutterfly"), a Delaware corporation, by and through its attorneys, states as follows:

## NATURE OF THE ACTION

1. This is an action brought by Shutterfly against the Eastman Kodak Company ("Eastman Kodak") and Kodak Imaging Network, Inc. ("KIN") (collectively "Kodak") for infringement of U.S. Patent Nos. 6,583,799 ("the '799 Patent"), 7,269,800 ("the '800 Patent"), 6,587,596 ("the '596 Patent"), 6,973,222 ("the '222 Patent"), 7,474,801 ("the '801 Patent"); 7,016,869 ("the '869 Patent") and 7,395,229 ("the '229 Patent") (collectively, "the Asserted Patents").

## THE PARTIES

2. Plaintiff Shutterfly is a Delaware corporation with its principal place of business at 2800 Bridge Parkway, Redwood City, California.

3. Defendant Eastman Kodak is a New Jersey corporation with its principal place of business at 343 State Street, Rochester, New York.

4. Defendant KIN is a Delaware corporation with its principal place of business at 1480 64th Street, Emeryville, California. KIN is a subsidiary of Eastman Kodak.

## JURISDICTION AND VENUE

5. This is an action arising under the patent laws of the United States. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendants. On information and belief Defendants have transacted business in this District, supplied goods or services in this District directly or through their agents, purposely availed themselves of the privileges and benefits of the laws of this state, and committed acts of patent infringement during the course of their business in this District. Defendant KIN's headquarters and business operations are based Emeryville, California, in this district. Personal jurisdiction and venue are therefore proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

7. Plaintiff Shutterfly is also headquartered, and has its business operations, in this District.

## INTRADISTRICT ASSIGNMENT

8. For purposes of intradistrict assignment pursuant to Civil Local Rules 3-2(c) and 3-5(b),

this Intellectual Property Action is to be assigned on a district-wide basis.

**FIRST CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 6,583,799)**

9. Paragraphs 1 through 8 are incorporated by reference as if fully stated herein.

10. Shutterfly owns by assignment the entire right, title, and interest in and to the '799 Patent including the right to bring this suit for damages. The '799 Patent issued on June 24, 2003 and is entitled "Image Uploading." A true and correct copy of the '799 Patent is attached as Exhibit A and incorporated herein by reference.

11. The '799 Patent is valid and enforceable under the United States Patent Laws.

12. Kodak has infringed and is infringing at least claim 1 of the '799 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, Kodak Gallery Upload Software.

13. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '799 patent.

14. Kodak's infringement will continue unless enjoined by this court.

**SECOND CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 7,269,800)**

15. Paragraphs 1 through 14 are incorporated by reference as if fully stated herein.

16. Shutterfly owns by assignment the entire right, title, and interest in and to the '800 Patent including the right to bring this suit for damages. The '800 Patent issued on September 11, 2007 and is entitled "Restartable Image Uploading." A true and correct copy of the '800 Patent is attached as Exhibit B and incorporated herein by reference.

17. The '800 Patent is valid and enforceable under the United States Patent Laws.

18. Kodak has infringed and is infringing at least claim 1 of the '800 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, Kodak Gallery Upload

Software.

19. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '800 patent.

20. Kodak's infringement will continue unless enjoined by this court.

**THIRD CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 6,587,596)**

21. Paragraphs 1 through 20 are incorporated by reference as if fully stated herein.

22. Shutterfly owns by assignment the entire right, title, and interest in and to the '596 Patent including the right to bring this suit for damages. The '596 Patent issued on July 1, 2003 and is entitled "System and Method of Cropping an Image." A true and correct copy of the '596 Patent is attached as Exhibit C and incorporated herein by reference.

23. The '596 Patent is valid and enforceable under the United States Patent Laws.

24. Kodak has infringed and is infringing at least claim 1 of the '596 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, the Kodak Gallery Software.

25. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '596 patent.

26. Kodak's infringement will continue unless enjoined by this court.

**FOURTH CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 6,973,222)**

27. Paragraphs 1 through 26 are incorporated by reference as if fully stated herein.

28. Shutterfly owns by assignment the entire right, title, and interest in and to the '222 Patent including the right to bring this suit for damages. The '222 Patent issued on December 6, 2005 and is entitled "System and Method of Cropping an Image." A true and correct copy of the '222 Patent is attached as Exhibit D and incorporated herein by reference.

29. The '222 Patent is valid and enforceable under the United States Patent Laws.

30. Kodak has infringed and is infringing at least claim 1 of the '222 Patent, in violation of 35 U.S.C. § 271 *et seq*., by including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, the Kodak Gallery Software.

31. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '222 patent.

32. Kodak's infringement will continue unless enjoined by this court.

**FIFTH CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 7,474,801)**

33. Paragraphs 1 through 32 are incorporated by reference as if fully stated herein.

34. Shutterfly owns by assignment the entire right, title, and interest in and to the '801 Patent including the right to bring this suit for damages. The '801 Patent issued on January 6, 2009 and is entitled "Automatic Generation of a Photo Album." A true and correct copy of the '801 Patent is attached as Exhibit E and incorporated herein by reference.

35. The '801 Patent is valid and enforceable under the United States Patent Laws.

36. Kodak has infringed and is infringing at least claim 1 of the '801 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States without authority, the Kodak Gallery Software.

37. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '801 patent.

38. Kodak's infringement will continue unless enjoined by this court.

**SIXTH CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 7,016,869)**

39. Paragraphs 1 through 38 are incorporated by reference as if fully stated herein.

40. Shutterfly owns by assignment the entire right, title, and interest in and to the '869 Patent including the right to bring this suit for damages. The '869 Patent issued on March 21, 2006 and is entitled "System and Method of Changing Attributes of an Image-Based Product." A true and correct copy of the '869 Patent is attached as Exhibit F and incorporated herein by reference.

41. The '869 Patent is valid and enforceable under the United States Patent Laws.

42. Kodak has infringed and is infringing at least claim 1 of the '869 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, the Kodak Gallery Software.

43. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '869 patent.

44. Kodak's infringement will continue unless enjoined by this court.

**SEVENTH CLAIM FOR RELIEF**

**(Infringement of U.S. Patent No. 7,395,229)**

45. Paragraphs 1 through 44 are incorporated by reference as if fully stated herein.

46. Shutterfly owns by assignment the entire right, title, and interest in and to the '229 Patent including the right to bring this suit for damages. The '229 Patent issued on July 1, 2008 and is entitled "System and Method of Changing Attributes an Image-Based Product." A true and correct copy of the '229 Patent is attached as Exhibit G and incorporated herein by reference.

47. The '229 Patent is valid and enforceable under the United States Patent Laws.

48. Kodak has infringed and is infringing at least claim 1 of the '229 Patent, in violation of 35 U.S.C. § 271 *et seq*., by, including but not limited to, making, using, offering for sale, selling in the United States, and/or importing into the United States, without authority, the Kodak Gallery Software.

49. Shutterfly has been and will continue to be irreparably damaged by Kodak's infringement of the '229 patent.

50. Kodak's infringement will continue unless enjoined by this court.

**PRAYER FOR RELIEF**

WHEREFORE, Shutterfly prays that this Court:

(A) Enter judgment that Kodak has infringed each and every one of the Asserted Patents;

(B) Enter an order enjoining Kodak, its officers, agents, employees, and those persons in active concert or participation with any of them, and its successors and assigns, from infringing each and every one of the Asserted Patents;

(C) Award Shutterfly its damages resulting from Kodak's patent infringement pursuant to 35 U.S.C. § 284;

(D) Find that Kodak's infringement has been willful and increase the damages awarded to Shutterfly to three times the amount assessed, pursuant to 35 U.S.C. § 284;

(E) Find this to be an exceptional case and award Shutterfly its attorneys' fees, pursuant to 35 U.S.C. § 285;

(F) Award Shutterfly its prejudgment and post judgment interests on its damages;

(G) Award Shutterfly its costs; and

(H) Award Shutterfly such other and further relief as this Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Shutterfly demands a trial by jury of this action.

Dated: December 13, 2010

DURIE TANGRI LLP

By: [signature]
JOSHUA H. LERNER

Attorneys for Plaintiff
SHUTTERFLY, INC.

Exhibit A

US006583799B1

(12) **United States Patent**
**Manolis et al.**

(10) **Patent No.:** **US 6,583,799 B1**
(45) **Date of Patent:** **Jun. 24, 2003**

(54) **IMAGE UPLOADING**

(75) Inventors: **Eva Manolis**, Menlo Park, CA (US); **Chase Garfinkle**, Redwood City, CA (US); **Patrick Teo**, San Mateo, CA (US); **Hwei Mien Quek**, Cupertino, CA (US); **Roderick Mann**, Belmont, CA (US)

(73) Assignee: **Shutterfly, Inc.**, Redwood City, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/450,804**

(22) Filed: **Nov. 29, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/167,243, filed on Nov. 24, 1999, and provisional application No. 60/167,675, filed on Nov. 29, 1999.

(51) **Int. Cl.**[7] .............................................. **G06F 17/30**
(52) **U.S. Cl.** ........................ **345/838**; 345/859; 345/763
(58) **Field of Search** ................................ 345/762, 765, 345/744, 835, 839, 764, 859, 763

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,179,637 A 1/1993 Nardozzi
5,606,365 A 2/1997 Maurinus et al.
5,696,850 A 12/1997 Parulski et al.
5,706,457 A * 1/1998 Dwyer et al. ............... 345/839
5,748,194 A 5/1998 Chen
5,751,950 A 5/1998 Crisan
5,760,916 A 6/1998 Dellert et al.
5,760,917 A 6/1998 Sheridan
5,778,430 A 7/1998 Ish et al.
5,787,459 A 7/1998 Stallmo et al.
5,787,466 A 7/1998 Berliner
5,790,708 A 8/1998 Delean
5,806,005 A 9/1998 Hull et al.
5,809,280 A 9/1998 Chard et al.
5,835,735 A 11/1998 Mason et al.
5,890,213 A 3/1999 Sokolov
5,903,728 A 5/1999 Semenzato
5,907,640 A 5/1999 Delean
5,913,088 A 6/1999 Moghadam et al.
5,918,213 A 6/1999 Bernard et al.
5,926,288 A 7/1999 Dellert et al.
5,933,646 A 8/1999 Hendrickson et al.
5,960,411 A 9/1999 Hartman et al.
6,018,774 A * 1/2000 Mayle et al. ............... 709/250
6,133,985 A * 10/2000 Garfinkle et al. ............. 355/40
6,167,469 A * 12/2000 Safai et al. ................... 710/62
6,253,216 B1 * 6/2001 Sutcliffe et al. ............ 707/500
6,353,445 B1 * 3/2002 Babula et al. .............. 345/733
6,374,260 B1 * 4/2002 Hoffert et al. ........... 707/104.1

FOREIGN PATENT DOCUMENTS

WO WO 97/39580 10/1997
WO WO 98/36556 8/1998

* cited by examiner

*Primary Examiner*—Cao H. Nguyen
(74) *Attorney, Agent, or Firm*—Tran & Associates; Bao Tran

(57) **ABSTRACT**

A computer implemented method uploads image data to a remote computer such as a server by: defining an area in a user interface adapted to receive an image; generating a thumbnail associated with the image when the image is associated with the area; and, uploading the image to the server.

**38 Claims, 13 Drawing Sheets**



FIG. 1
107
Display
105
103
108
Computer
100
110
Non-Volatile Memory
109
Memory
111
Operating System
113
Application Program
113
Application Program
I/O Unit
117
121
CPU
123
Communication Card
125
Network
127





200
Online Print Service
202
First Name:
204
Last Name:
206
Address:
208
City:
210
State:
212
Country:
216
214
Phone:
Fax:
218
Email:
220
< Back
Next >
Cancel
Help

FIG. 2A



222
Online Print Service
223
4" X 6" Glossy Prints - $0.49
4" X 6" Glossy Prints - $0.49
4" X 6" Glossy Postcard - $1.95
8" X 10" Glossy Print - $3.95
2 Pack of 4"x6" (same image) - $0.95
2 Pack of 5"x7" (same image) - $1.90
2 Pack of 8"x10" (same image) - $7.75
4 Pack of 4"x6" (same image) - $1.75
4 Pack of 5"x7" (same image) - $3.70
4 Pack of 8"x10" (same image) - $14.95
224
236

FIG. 2B

Case3:10-cv-05672-JCS Document1 Filed12/13/10 Page13 of 50

U.S. Patent Jun. 24, 2003 Sheet 4 of 13 US 6,583,799 B1

Online Print Service - Select Images
223
Minimum Order
$5.00
Size and Paper
5"x7" Glossy Print - $0.99
224
Quantity
2
226
Image Name
File Size
Qty
Format
1 Image11.jpg 346068 1 2 Pack of 4"x6" (sa...
2 Image06.jpg 283252 1 2 Pack of 4"x6" (sa...
228
Select Image
Acquire Image...
Remove Image
View/Crop...
230
232
234
< Back
Next >
Cancel
Help
236

FIG. 2C



238
Online Print Service - Shipping and Payment Info
Shipping Information
Please select one of the following available shipping methods:
Standard Mail (5 to 7 Day Shipping Time) - $1.95
Standard Mail (5 to 7 Day Shipping Time) - $1.95
USPS Priority Mail (2 to 3 Day Shipping Time) - $3.50
FedEx (1 Day Shipping Time) - $14.95
240
Payment Information
Please select one of the following available payment methods:
AMERICAN EXPRESS card - Online secure payment
242
IMPORTANT: For maximum security, your credit card information will be encrypted. Online credit card payment is the most convenient method of payment.
Card Number:
244
Expiration Date:
04
2000
246
Name:
Mr. John Phillips
248
< Back
Next >
Cancel
Help
250

FIG. 2D



250
Online Print Service - Shipping and Payment Info
252
254
256

FIG. 2E

258
Online Print Service
Sending Image 1 of 4
Sending Image
Cancel
41%
Estimated time remaining: 32 seconds
Transfer rate: 189184 bps [23.9 KB/Sec]

FIG. 2F



Launch viewer
301
300
Load plug-in
302
Define area to receive image
304
306
N
Image dragged onto area?
310
Perform other viewing functions
Y
Generate and show thumbnail
312
Upload image to server
314
316
N
Done?
Y
Exit

FIG. 3



Decompress image file
330
Generate thumbnail
332
Save thumbnail to temporary local file
334
Load local thumbnail and show for viewing
336
Exit

FIG. 4



340
342
Copy thumbnail stored locally to server
342
Send image file to server

FIG. 5

342
Partition image file into fragments
360
Generate metadata for fragments of image file
362
Send metadata to server
364
372
Select next segment
Upload fragment to server
366
368
Upload successful?
N
Y
Recoverable?
374
Y
Done with all fragments?
370
N
N
Notify user of error
376
Exit

FIG. 6



FRONT-END INTERFACE SUBSYSTEM
IMAGE ARCHIVE SUBSYSTEM
LAB SUBSYSTEM
500
Internet
Web Application
502
Image Server
504
Image/ processing server
506
Upload Server
508
Multitier Image Archive
130
Switch
510
DB Servers
520
eCommerce system
530
540
Lab link
550
Lab link
552
Lab link
554
Scheduler/ Lab DB
560
Image Cache
562
Image Processing
504
570
Print line
Line Controller
572
TC
578
Dev 1
574
Dev 2
580
Dev n
582
Line Sensors
576
Distribution System
590

FIG. 7

Case3:10-cv-05672-JCS Document1 Filed12/13/10 Page21 of 50

U.S. Patent Jun. 24, 2003 Sheet 12 of 13 US 6,583,799 B1

800
802
804
Shutterfly.com
Upload Photos
• Upload Only
Upload & Order
Drop your photos here.
Help
Upload Photos:
0 photos
Rows 1 and 2 (0 of 0 checked)
Clear All Select All Deselect All
Upload Photos
Upload Only
Instructions:

FIG. 8



800
802
Shutterfly.com
Upload Photos
Upload Only
Upload & Order
Drop your photos here.
Help
Upload Photos:
8 photos
Clear All
Select All
Deselect All
Upload Photos
Upload Only
Instructions:

FIG. 9

# IMAGE UPLOADING

## PRIORITY CLAIM

Priority is claimed from U.S. provisional patent application ser. nos. 60/167,243, entitled "Digital Photo Printing Service", filed Nov. 24, 1999; 60/167,675 filed Nov. 29, 1999; and Mar. 18, 2003.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights.

## TECHNICAL FIELD

This application relates to processing and uploading of image files.

## BACKGROUND

A computer system **100** illustrated in FIG. **1** represents a typical hardware setup for executing software that allows a user to perform tasks such as communicating with other computer users, accessing various computer resources, and viewing, creating, or otherwise manipulating electronic content——that is, any combination of text, images, movies, music or other sounds, animations, 3D virtual worlds, and links to other objects. The system includes various input/output (I/O) devices (mouse **103**, keyboard **105**, display **107**) and a general purpose computer **100** having a central processor unit (CPU) **121**, an I/O unit **117** and a memory **109** that stores data and various programs such as an operating system **111**, and one or more application programs **113**. The computer system **100** also typically includes non-volatile memory **110** (e.g., flash RAM, a hard disk drive, and/or a floppy disk or other removable storage media) and a communications card or device **123** (e.g., a modem or network adapter) for exchanging data with a network **127** via a communications link **125** (e.g., a telephone line).

The computer **100** of FIG. **1** also can be connected to various peripheral I/O devices. One of the more popular of such peripheral devices is a digital camera **108** that enables users to take pictures and save them in digital (electronic) format. The digital camera **108** enables users to take pictures (i.e., images), which are saved in memory (not shown) within the digital camera **108** in a digital (electronic) format. After taking and storing the images, the user can connect the digital camera **108** to a computer system **100** in order to upload the digital images to the computer's disk drive or other non-volatile memory **110**. Once the digital images are uploaded to the computer system **100**, the user can erase the digital images from the memory of the digital camera **108** so that the user can take and store additional images using the digital camera **108**. Typically, the digital camera **108** is connected to the computer **100** only while the user is uploading images to the computer's disk drive or other non-volatile memory **110**.

Users also can obtain digital images, for example, of film-based prints from a traditional camera, by sending an exposed film into a photo-finishing service, which develops the film to make prints and then scans (or otherwise digitizes) the prints or negatives to generate digital image files. The digital image files then can be transmitted back to the user by e-mail or on a CD-ROM, diskette, or other removable storage medium.

In any event, once the digital images are stored on the computer **100**, a user can perform various operations on them. For example, an image viewer application can be used to view the images or a photo editor application can be used to touch-up or otherwise modify the images. In addition, an electronic messaging (e.g., e-mail) application can be used to transmit the digital images to other users.

In addition to viewing the digital images on the computer display **107**, users often desire to have hard copies (physical prints) made of digital images. Such hard copies can be generated locally by the user using output devices such an inkjet printer or a dye sublimation printer. In addition, users can transmit digital images (e.g., either over a computer network or by using a physical storage medium such as a floppy disk) to a photo-finishing service, which can make hard copies of the digital images and send them (e.g., by U.S. Mail or courier service) back to the user.

FIGS. **2A–2F** show a sequence of screen shots that a user might encounter when transmitting digital images to a photo-finishing service to have hard copies (prints) made of the images. In FIG. **2A**, the user first encounters a contact information window **200** in which the user must enter several items of contact information such as first and last names **202**, **204**, address **206**, city **208**, state **210**, country **210**, phone **214**, fax **216**, and Email address **218**. This information typically is required by the photo-finishing service for each order for purposes of billing and shipping.

After the user has entered the required information, the user presses the Next button **220** to arrive at the next screen—an image selection window **222** as shown in FIGS. **2B** and **2C**. In the image selection window **222**, the user designates the specific images of which hard copies are to be made. The digital images either can be selected from among the images stored on the user's computer by clicking the "Select Image . . . " button **230** or they can be acquired from a digital camera or scanner attached to the user's computer by clicking the "Acquire Image . . . " button **232**. Once selected, the images can be viewed and/or cropped by clicking on the "View/Crop" button **234**. In addition, the user can designate the hard copy format and other parameters (e.g., size, number of copies, paper type) for each of the selected images by selecting or entering the desired options using drop-down list **224** and text box **226**. The selected images and their associated parameters are shown in display area **228**. Typically, each order for prints must meet a minimum order amount **223** (e.g., five dollars).

After the images and their respective hard copy parameters have been selected, the user clicks the Next button **236** and a shipping and payment information window **238** is presented. In this window **238**, the user selects a desired shipping method from drop-down list **240** and specifies a method of payment and associated verification information in text boxes **242**, **244**, **246** and **248**.

After this information has been provided, the user clicks the Next button **250** and is presented with an order confirmation window as shown in FIG. **2E**. The order verification window **250** allows the user to view and confirm the order including the images selected and their respective parameters in display area **252**, as well as the price of the order **254**. If the user is satisfied with the order, the user clicks the Finish button **256** to complete the order.

Upon completing the order, the images are uploaded to the photo-finishing service as indicated by the upload window

**258** in FIG. **2**F. Once the images are uploaded, the photo-finishing service arranges to have prints made of the selected images and to have the prints mailed to the user and address specified in the contact information window **200** shown in FIG. **2**A. If the user desires to have prints of the same (or different) images sent to another person (e.g., a family member or friend), the user typically must repeat the entire order generating process represented by FIGS. **2**A–**2**F. Generally, repeating the ordering process to send prints to another person involves entering a considerable amount of redundant information and incurring separate charges, including multiple minimum order charges, on the user's credit card (or other financial instrument) as well as potentially requiring the image to be uploaded multiple times.

The present inventors recognized that it would be advantageous to provide users with a intuitive and robust environment in which a user can review a thumbnail associated with the image and upload image files so that they can be printed and/or distributed to multiple recipients while minimizing the user's time, effort, and expense in uploading the image files.

## SUMMARY

In one aspect, a computer-implemented method uploads image data to a remote computer such as a server by: defining an area in a user interface adapted to receive an image; generating a thumbnail associated with the image when the image is associated with the area; and, uploading the image to the server.

Implementations of the method includes generating the thumbnail by decompressing the image file. Further, the thumbnail can be saved in a local file. The thumbnail can be loaded into a browser for viewing. The thus generated thumbnail can be uploaded to the server. The image file can then be sent to the server. The image file can be partitioned into one or more fragments. Metadata associated with each fragment can be generated to be sent to the server. The fragment can be individually uploaded to the server. If the upload generates one or more errors, the user can be informed about the error with one or more error messages and instructions.

In a second aspect, a computer-implemented method uploads image data from a local computer to a remote computer by: receiving input from a user identifying an image file; generating a thumbnail image from the image file; and displaying the generated thumbnail image as a component of a web page received from the remote computer.

In yet another aspect, a computer-implemented method uploads image data from a local computer to a remote computer by: receiving input from a user identifying an image file; generating a thumbnail image from the image file; and uploading the generated thumbnail image to the remote computer before uploading the image file to the remote computer.

In yet another aspect, a computer-implemented method facilitates orders for prints of images by: displaying a thumbnail image representing a complete image; receiving input from a user ordering a print of the complete image; and delaying the print order if an image file corresponding to the complete image has not yet been uploaded.

Implementation of this aspect includes fulfilling the print order when the image fie corresponding to the complete image has been uploaded.

Advantages may include one or more of the following. The systems and techniques described here provide intuitive visual abstractions and mechanisms for efficiently and quickly designating objects, such as digital images, to be uploaded to a server. The systems and techniques also allow these images to be shared and delivered to predetermined groups of one or more recipients. By representing distribution aliases as graphic symbols (e.g. icons) with which objects can be associated (e.g., by dragging digital objects and dropping them on a graphic symbol), the act of uploading image files is simplified dramatically. At the same time, the number of discrete steps or operations required of a user to upload image files is minimized. Moreover, by enabling physical representations of the digital objects to be distributed automatically to the designated recipients, either instead of or in addition to the corresponding digital objects, objects such as physical image prints can be distributed to multiple recipients with-a minimum of time, expense and effort.

One or more of the following additional advantages may also be provided. The systems and techniques described herein provide the user with robust and detailed information relating to the uploading process. The system and techniques gracefully handle upload failures in that automatic recovery, if possible, is provides. If automatic recovery is not possible, the user is informed that an upload had failed so that the user can restart the upload process. The process can handle both system related errors as well as user related errors. For instance, the user may start the upload and forget that the upload process is running due to the time required to upload multi-megabyte image files and later either turn off the computer or quit the viewer. Rather than assuming that the upload process was successful, the feedback provided by the process informs the user that he or she needs to take corrective actions.

The details of one or more embodiments are set forth in the accompanying drawings and the description below. Other features, objects, and advantages of the invention will become apparent from the description and drawings, and from the claims.

## DRAWING DESCRIPTIONS

FIG. **1** is a block diagram showing a typical computer architecture.

FIGS. **2**A–**2**F show a sequence of screen shots that a user might encounter when transmitting digital images to a photo-finishing service provider.

FIG. **3** show a process for generating a thumbnail associated with an image file and for uploading the image file.

FIG. **4** shows in more detail operations associated with generating and saving the thumbnail.

FIG. **5** is a flowchart of a process for uploading image files to a server.

FIG. **6** is a flowchart showing in more detail the uploading of image files.

FIG. **7** is a block diagram of an embodiment of a print laboratory system.

FIGS. **8**–**9** show two screen shots of an exemplary upload page in a web site.

## DETAILED DESCRIPTION

Referring now to FIG. **3**, a process **300** for operating on an image file is shown. First, a viewer is launched (step **301**). The viewer could be a browser such as Internet Explorer, available from Microsoft Corporation of Redmond Washington, or Netscape, available from Netscape, Inc. of Mountain View, Calif. (now America Online). The browser

loads a set of embedded tags such as HTML tags that instruct the browser to instantiate or load a software module such as a plug-in. The plug-in is a software program that extends the capability of the browser in a specific way - providing the ability to receive images dragged over an area defined by the plug-in. The browser does not need to run an external application in order to interpret the data, and the result can be embedded as part of the Web page. This presents the user with a single unified user interface where the Web document is a container for many different media types.

An example fragment of HTML which instantiates the Windows Internet Explorer version of the upload plugin in a web page is shown below:

```
<object id="uploaderControl" widthFO height 0
codebase="Uploader.cab#Version=1,0,0,1 "
classid="CLSID:B534D8C5-72CE-11D3-80A2-
  0050DA1AB5D6">
<param name="Server"value="http:/
  upload.shutterfly.com">
<param name="AuthenticationID"value=
  "000199670125">
<param name="UploadChunkSize"value="32768">
<param name="Mode"value="Select">
</object>
```

The software module is then loaded (step **302**) to customize the viewer. The software module defines an area on the screen and registers this area with the viewer as a drag-and-drop target to receive images whenever an image is dragged into the area (step **304**).

Next, the process **300** checks whether the user has dragged and dropped an image over the area defined in step **304** (step **306**). This is done by periodically checking events presented by the operating system to the software module. If the events are associated with the software module, the software module executes operations associated with the events and proceeds to step **312**. These operations include selecting certain images for transmission to other parties, or grouping certain images into albums, for example.

If the user has not dragged and dropped an image over the area, the process **300** allows a user to perform other viewing operations (step **310**). Examples of the other viewing operations include creating and editing image files before ordering or shipping physical manifestations of one or more images. The physical manifestation of the digital content may include photographic prints of the one or more digital images, framed photographic prints, photo-album pages bearing one or more digital images, compositions of digital images and other graphical and/or textual content, and/or artifacts bearing a digital image such as a novelty item, a shirt, a coffee mug, a key-chain, a mouse pad, a magnet, or a deck of playing cards. Optionally, the set of digital content may include graphical and/or textual content, and the physical manifestation of the set of digital content may include a card (e.g., a greeting card, a holiday card, an announcement, a playing card, a post card, a thank you card, or an invitation), an advertisement, a coupon, and/or a bound volume (e.g., a photo-album or a travel book) bearing the graphical and/or textual content. The graphical and/or textual content can include digital images, digitized content, and/or computer-generated content. Other operations include ordering prints associated with all images, or alternatively dividing an order into a plurality of sub-orders so that each sub-order corresponds to a different specified recipient and includes an instance of each digital image associated with the recipient corresponding to the sub-order. The order may be specified by receiving interactive input from the viewer.

Alternatively, if the user has dragged an image onto the defined area, the process **300** generates and shows a thumbnail associated with the image (step **312**) on the browser. The thumbnail is generated by the user computer. The thumbnail is shown as an additional part of the page previously loaded from the server. The combination of the newly generated thumbnail and the page is then shown by the browser.

Next, the process **300** uploads the image onto a server (step **314**). From step **310** or step **314**, the process **300** checks whether the user has completed operation using the viewer (step **316**). If not, the process **300** loops back to step **306** to continue handling user requests. Alternatively, the process **300** exits.

In one embodiment, a browser plug-in is loaded to provide an active area on the browser where the customer can drag-and-drop images onto the active area. The plug-in is a collection of computer instructions that is detected by a computer process on the user's computer at run-time and subsequently invoked during run-time. The browser provides a mechanism through which separately provided plug-ins are detected and by which a user can invoke execution of any of the plug-ins. When the user drags-and-drops a picture into the active area, the thumbnail of the customer's picture appears on the browser. Alternatively, the customer can select images using a standard file selection dialog.

In one implementation, the plug-in is implemented as dynamically linked libraries (DLLs). A DLL is a library or a collection of computer instruction modules that can be invoked (linked) by computer instruction modules in another computer program. The invocation is performed dynamically, i.e., at run-time. The computer instruction modules of a DLL are loaded into the address space of a computer process and references to the computer instruction modules are resolved into the addresses of the loaded computer instruction modules.

Although the process of FIG. **3** is directed at uploading image files, any other file transmission operations can be performed. For instance, the user optionally can attach the image file, to an e-mail message before it is sent. In this embodiment, the user can simply drag the image icon **205** from the desktop and drop it into a message text region and the image file can then be sent. Upon receipt, recipient(s) can view and otherwise access the digital image.

Turning now to FIG. **4**, step **312** is illustrated in more detail. First, the process of FIG. **4** decompresses the image file (step **330**). In one embodiment, the image file can be decompressed in accordance with a standardized image compression mechanism such as JPEG (Joint Photographic Experts Group). JPEG exploits known limitations of the human eye, notably the fact that small color changes are perceived less accurately than small changes in brightness. Although the degree of lossiness can be varied by adjusting compression parameters, to preserve image quality, the image should be compressed with an appropriate quality setting (e.g., Q 75 or more). More information about the Independent JPEG Group and its library for JPEG compression and decompression is available at www.ijg.org.

During decompression, step **330** allocates and initializes a JPEG decompression object. This step then reads compressed data from the image file as well as the header of the image file to obtain image information. Parameters for decompression are then set based on the properties of the image (in particular, its colorspace). An option allows the returned image to be scaled and allow various speed/quality tradeoffs to be selected. Once the parameter values are satisfactory, the decompression process is started, which will initialize internal state, allocate working memory, and pre-

pare for returning data. After completing a decompression cycle, the JPEG object is destroyed. Accessing the decompressed data is done by reading pixels in all scan lines.

The process of FIG. **4** then generates a thumbnail associated with the image (step **332**). The thumbnail is generated by down-sampling the decompressed image file. The thumbnail is saved to a temporary local file on the user's computer (step **334**). Next, the local thumbnail is shown and is made available for the user to deploy as appropriate (step **336**). Particularly, the thumbnail is presented to the viewer with a path to a file associated with the thumbnail. The thumbnail is presented to the user as if the thumbnail is a part of the page served by the remote server. Thus, the user can use the thumbnail with an impression of instant access, even though the image file is not yet available from (or uploaded to) the server.

Referring now to FIG. **5**, step **314** of FIG. **3** is shown in more detail. First, the thumbnail is generated and stored on the user's local computer (step **340**). Generation of the thumbnail includes decompressing the original file, filtering and down-sampling the image to the desired thumbnail resolution, and recompressing the thumbnail image as a JPEG file. Optionally, the process of FIG. **5** applies additional image filtering operations such as sharpening, resizing, rotating, sharpening, or color reducing operations to enhance the appearance of the thumbnail. Although JPEG is used in one embodiment, the technique is not specific to JPEG images, but rather any other method of compressing or decompressing images can be used.

When the user indicates that an image is to be uploaded (for example, by dragging and dropping the image onto a browser plug-in area), a thumbnail is first created and transmitted to the server before the entire image is uploaded. This allows the thumbnail to be displayed and used by the user while the full file is being uploaded. Thus, the user does not have to wait for the upload to finish before the user can view or access the thumbnail on the web site. The uploading of the thumbnail also allows other users to have access to the thumbnail before the full image is uploaded. This technique is also efficient in that it avoids the need to upload the full image file to the server and generating the thumbnail at the server.

When the image file is sent to the server (step **342**), a script on server (web page) loads a copy of the thumbnail from client's computer. The original thumbnail stays on the client computer. The script executes an operation that loads the thumbnail stored on the customer's computer as an image on the page displayed by the browser. Images can be manipulated almost instantaneously. In addition, the process of FIG. **5** can perform a lossless compression of the file before uploading the file.

Referring now to FIG. **6**, step **342** is shown in more detail. First, the image file is partitioned into one or more fragments (step **360**). Next, the process of FIG. **6** generates metadata associated with the fragments of the image file (step **362**). The metadata transmitted to the upload server relates not only to the individual fragments, but to the image and the image upload as a whole. In one embodiment, the data provides information on:

raw image dimensions and file size
preferred viewing orientation
location of the original local file
location of a cached copy of the original file
size of fragments to be transmitted
total number of fragments to be transmitted

The metadata is then sent to the server (step **364**). From step **364**, the current fragment is uploaded to the server (step **366**). Next, the process of FIG. **6** checks whether the upload was successful (step **368**). If so, the process of FIG. **6** checks whether all fragments have been uploaded (step **370**). If not, the next segment is selected (step **372**) and the process of FIG. **6** loops back to step **366** to continue uploading the image file.

From step **368**, in the event that the upload was not successful, the process of FIG. **6** checks whether the error is recoverable (step **374**). If so, the process of FIG. **6** may optionally notify the user or alternatively may simply loop back to step **366** to retry the uploading of the fragment. The error is recoverable if a communication link such as an Internet link is present so that the fragment can be resend. If there is failure, the process can restart the upload after the last fragment had been successfully uploaded before occurrence of the error without re-uploading the entire image file. Thus, recovery time is minimized.

From step **374**, if the error is not recoverable, the process of FIG. **6** notifies the user with an error message (step **376**). The message can be sent using a variety of modalities, including email, telephone call, facsimile transmission, among others. In addition, the message can inform user on how to restart the upload. The message can also use available information about the image being uploaded to the server to provide diagnostic information in email message, including the file name, the number of fragments received and the number of outstanding fragments, the location of the file, and instructions on finishing the upload, among others. The instructions can simply instruct the user to establish the communication link and execute the browser so that the browser is activated and can continue the uploading process. From step **370** to step **376**, the process of FIG. **6** exits.

The process of FIG. **6** gracefully handles upload failures in that it provides automatic recovery if possible, and if not, informs users that an upload had failed so that the user can restart the upload process. The process of FIG. **6** can handle both system related errors as well as user related errors. For instance, the user may start the upload and forget that the upload process is running due to the time required to upload multi-megabyte image files and later either turn off the computer or quit the viewer. The feedback provided by the process of FIG. **6** informs the user that he or she needs to take corrective actions rather than assume that the upload process was successful.

Once the image has been uploaded, it may be shared with others, or may be printed as a photograph. FIG. **7** illustrates an embodiment that uses image data uploaded by the system of FIG. **3** in an application for handling photographic print images. The system of FIG. **7** has a front-end interface subsystem that is connected to a wide area network such as the Internet. The front end interface subsystem includes one or more web application systems **502**, one or more image servers **504**, one or more image processing servers **506**, and one or more upload servers **508**, all of which connect to a switch **510**.

The switch **510** in turn routes packets received from the one or more web application systems **502**, image servers **504**, image processing servers **506** and upload servers **508** to the multi-tier image archive system **130**.

The switch **510** also forwards communications between the web application systems **502**, image servers **504**, image processing servers **506** and upload servers **508** to one or more database servers **520**. The switch **510** also is in communication with an ecommerce system **530** that can be connected via a telephone **540** to one or more credit card processing service providers such as VISA and MasterCard.

The switch **510** also communicates with one or more lab link systems **550**, **552** and **554**. These lab link systems in

turn communicate with a scheduler database system **560**. The scheduler database system **560** maintains one or more print images on its image cache **562**. Data coming out of the image cache **562** is provided to an image processing module **564**. The output of the image processing module **564** is provided to one or more film development lines **574**, **580** and **582**.

The scheduler database **560** also communicates with a line controller **572**. The line controller **572** communicates with a quality control system **578** that checks prints being provided from the photographic film developing lines **574**, **580** and **584**. The quality of prints output by the film developing lines **534**, **580** and **582** can be sensed by one or two more line sensors **576**, which reports back to the quality controller **578**. The output of the print line **570** is provided to a distribution system **590** for delivery to the users who requested that copies of the prints.

The multi-tier system uses a name resolution protocol to locate the file within the multi-tier structure. In this protocol, given an image ID, an image can be located on the multi-tier system without incurring the cost of accessing a name database. This is achieved because each image ID is unique and database lookups are not needed to resolve the desired image. This level of scalability is important since it provides the ability to scale the image retrieval bandwidth by just increasing the number of image server independent of the number of database servers. In order words, the name resolution protocol decouples the database bottleneck from the image retrieval bottleneck.

After the prints, recipients and respective parameters have been specified, the user's order is fulfilled by making prints of the designated images and distributing them to the specified recipients (step **406**). In general, fulfillment can be accomplished either by the photo-finisher itself or by another entity or company in cooperation with the photo-finisher. Potentially, the photo-finisher could have business arrangements with two or more different fulfillment companies, which could be dispersed geographically (at various locations around the country or world) to minimize shipping costs, labor costs and/or delivery time. Alternatively, or in addition, different fulfillment companies could be used which have different areas of expertise or production capability. For example, one fulfillment company could specialize in making standard photographic prints, another fulfillment company could specialize in printing greeting cards, yet another fulfillment company could specialize in generating T-shirts, and so on.

Distribution and delivery of the prints to recipients could be accomplished by any of various techniques. For example, standard U.S. Mail or courier services (e.g., Federal Express or UPS) could be employed. Alternatively, the photo-finisher could have a business arrangement with various other service or delivery companies to deliver print orders along with other regularly scheduled deliveries. For example, the photo-finisher could have a business arrangement with a delivery or service company (e.g., Webvan, an online grocer in the San Francisco Bay area, or Streamline, Inc., a goods/services / convenience portal head-quartered in the Boston area) in which the prints for a particular recipient would be generated on the delivery/service company's premises and then delivered either alone or along with that recipient's order of other goods/services.

FIGS. **8–9** show two screen shots of an exemplary upload page in a web site. FIGS. **8** and **9** illustrate the system before and after dropping images onto the plugin area, respectively. As shown in FIG. **8**, a user can view a photo-finisher's web page **802**, hosted on a remote server, in a browser window **800** on a client computer. The area **804** demarcated by the photo comers, which displays "Drop you photos here" is the active region for receiving an image file.

As shown in FIG. **9**, after the user has dragged-and-dropped selected images into the image area **804**, the plug-in causes thumbnails **805-812** to be generated locally and displayed in the image area **804** as part of the web page **802**. Subsequently, the thumbnails and their corresponding images can be uploaded to the server as described above.

It is to be noted that drag-and-drop is not the only way of selecting images to upload. Other techniques for selecting images to upload include a file browser dialog selection method. Additionally, other modalities such as cut and paste can also be used to select images to upload.

The techniques, methods, and systems described here may find applicability in any computing or processing environment in which users desire to order physical manifestations (e.g., prints) of digital content and have them distributed to one or more intended recipients. For example, these techniques could be applied to allow users to choose or develop a holiday (e.g., Christmas) card design online (including images and other graphics, personalized text, personalized signatures, and/or any type of computer generated content) and then have physical copies of that design produced (e.g., actual paper-and-ink Christmas cards) and distributed automatically to everyone on the user's Christmas card list. This same concept could be applied to enable users to design physical post cards, wedding or party invitations, thank you cards, and the like and to have them produced and distributed. In the same vein, businesses could use these techniques to design targeted mailings (sets of targeted coupons, an advertisement made up of selected text and graphic components, etc.) and have them produced and distributed to specified recipients.

The invention may be implemented in digital hardware or computer software, or a combination of both. Preferably, the invention is implemented in a computer program executing in a computer system. Such a computer system may include a processor, a data storage system, at least one input device, and an output device. Further, variations to the basic computer system are within the scope of the present invention. For example, instead of using a mouse as user input devices, a pressure-sensitive pen, digitizer or tablet may be used.

The above-described software can be implemented in a high level procedural or object-oriented programming language to operate on a dedicated or embedded system. However, the programs can be implemented in assembly or machine language, if desired. In any case, the language may be a compiled or interpreted language.

Each such computer program can be stored on a storage medium or device (e.g., CD-ROM, hard disk or magnetic diskette) that is readable by a general or special purpose programmable computer for configuring and operating the computer when the storage medium or device is read by the computer to perform the procedures described. The system also may be implemented as a computer-readable storage medium, configured with a computer program, where the storage medium so configured causes a computer to operate in a specific and predefined manner.

Other embodiments are within the scope of the following claims.

What is claimed is:

**1**. A computer-implemented method for uploading image data to a remote computer, comprising:

defining an area in a user interface adapted to receive an image;

generating a thumbnail associated with the image when the image is associated with the area to illustrate uploading status; and, uploading the image to the remote computer.

**2**. The method of claim **1**, wherein generating the thumbnail further comprises decompressing the image file.

**3**. The method of claim **1**, wherein generating the thumbnail further comprises saving the thumbnail to a local file.

**4**. The method of claim **1**, wherein generating the thumbnail further comprises loading the local thumbnail into a browser for viewing.

**5**. The method of claim **1**, further comprising copying the generated thumbnail to the remote computer.

**6**. The method of claim **1**, further comprising sending the image file to the remote computer.

**7**. The method of claim **1**, further comprising partitioning the image file into one or more fragments.

**8**. The method of claim **7**, further comprising generating metadata associated with each fragment.

**9**. The method of claim **8**, further comprising sending the metadata to the remote computer.

**10**. The method of claim **7**, further comprising uploading the fragment to the remote computer.

**11**. The method of claim **1**, further comprising notifying the user of an error associated with an upload.

**12**. A system for uploading image data to a remote computer, comprising:

means for defining an area in a user interface adapted to receive an image;

means for generating a thumbnail associated with the image when the image is associated with the area to illustrate uploading status; and,

means for uploading the image to the remote computer.

**13**. The system of claim **12**, wherein the means for generating the thumbnail further comprises means for decompressing the image file.

**14**. The system of claim **12**, wherein the means for generating the thumbnail further comprises means for saving the thumbnail to a local file.

**15**. The system of claim **12**, wherein the means for generating the thumbnail further comprises means for loading the local thumbnail into a browser for viewing.

**16**. The system of claim **12**, further comprising copying the generated thumbnail to the remote computer.

**17**. A memory device storing computer-readable instructions for uploading image data to a remote computer, comprising instructions to:

define an area in a user Interface adapted to receive an image;

generate a thumbnail associated with the image when the image is associated with the area to illustrate uploading status; and,

upload the image to the remote computer.

**18**. The memory device of claim **17**, wherein the instructions to generate the thumbnail further comprises instructions to decompress the image file.

**19**. The memory device of claim **17**, wherein the instructions to generate the thumbnail further comprises instructions to save the thumbnail to a local file.

**20**. The memory device of claim **17**, wherein the instructions to generate the thumbnail further comprises instructions to load the local thumbnail into a browser for viewing.

**21**. The memory device of claim **17**, further comprising instructions to copy the generated thumbnail to the emote computer.

**22**. The memory device of claim **17**, further comprising instructions to send the image file to the remote computer.

**23**. A computer implemented method of uploading image data from a local computer to a remote computer the method at the local computer comprising:

receiving input from a user identifying an image file; generating a thumbnail image from the image file associated with the image file when the image file is associated with the area to illustrate uploading status; and

displaying the generated thumbnail image as a component of a web page received from the remote computer.

**24**. The method of claim **23**, wherein generating the thumbnail further comprises decompressing the image file.

**25**. The method'of claim **23**, wherein generating the thumbnail n comprises saving the thumbnail to a local file.

**26**. The method of claim **23**, wherein generating the thumbnail further comprises loading the local thumbnail into a browser for viewing.

**27**. The method of claim **23**, further comprising copying the generated thumbnail to the remote computer.

**28**. The method of claim **23**, further comprising sending the image file to the remote computer.

**29**. The method of claim **23**, further comprising partitioning the image file into one or more fragments.

**30**. A computer-implemented method of uploading image data from a local computer to a remote computer, the method comprising:

receiving input from a user identifying an image file;

generating a thumbnail image from the image file associated with the image file when the image file is associated with the area to illustrate uploading status; and

uploading the generated thumbnail image to the remote computer before

uploading the image file to the remote computer.

**31**. The method of claim **30**, wherein generating the thumbnail further comprises decompressing the image file.

**32**. The method of claim **30**, wherein generating the thumbnail further comprises saving the thumbnail to a local file.

**33**. The method of claim **30**, wherein generating the thumbnail farther comprises loading the local thumbnail into a browser for viewing.

**34**. The method of claim **30**, further comprising copying the generated thumbnail to the remote computer.

**35**. A computer-implemented method of facilitating orders for prints of images, the method comprising:

displaying a thumbnail image representing complete image;

generating a thumbnail image from the image associated with the image file when the image file is associated with the area to illustrate uploading status;

receiving input from a user ordering a print of the complete image; and

delaying the print order if an image file corresponding to the complete image has not yet been uploaded.

**36**. The method of claim **35** further comprising fulfilling the print order when the image file corresponding to the complete image has been uploaded.

**37**. A memory device storing computer-readable instructions for facilitating orders for prints of images, comprising instructions to:

display a thumbnail image representing a complete image;

generate a thumbnail associated with the image when the image is associated with the area to illustrate uploading status;

receive input from a user ordering print of the complete image; and delay the print order if an image file corresponding to the complete image has not yet been uploaded.

**38**. The memory device of claim **37** further comprising instructions to fulfill the print order when the image fie corresponding to the complete image has been uploaded.

* * * * *

Exhibit B

US007269800B2

(12) **United States Patent**
**Manolis et al.**

(10) **Patent No.:** **US 7,269,800 B2**
(45) **Date of Patent:** ***Sep. 11, 2007**

(54) RESTARTABLE IMAGE UPLOADING

(75) Inventors: **Eva Manolis**, Menlo Park, CA (US); **Chase Garfinkle**, Redwood City, CA (US); **Patrick Teo**, San Mateo, CA (US); **Hwei Mien Quek**, Cupertino, CA (US); **Roderick Mann**, Belmont, CA (US)

(73) Assignee: **Shutterfly, Inc.**, Redwood City, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 766 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/648,563**

(22) Filed: **Aug. 26, 2003**

(65) **Prior Publication Data**

US 2004/0167971 A1 Aug. 26, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/374,898, filed on Feb. 25, 2003, now Pat. No. 7,146,575.

(51) **Int. Cl.**
*G06F 17/30* (2006.01)
*G06F 15/00* (2006.01)

(52) **U.S. Cl.** ........................................ **715/838**; 715/859

(58) **Field of Classification Search** ................ 715/838, 715/763, 765, 859, 853, 854, 744, 835, 839
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,179,637 A 1/1993 Nardozzi
5,606,365 A 2/1997 Maurinus et al.
5,690,411 A 11/1997 Jackman
5,696,850 A 12/1997 Parulski et al.
5,748,194 A 5/1998 Chen
5,751,950 A 5/1998 Crisan
5,760,916 A 6/1998 Dellert et al.
5,760,917 A 6/1998 Sheridan
5,778,430 A 7/1998 Ish et al.
5,787,459 A 7/1998 Stallmo et al.
5,787,466 A 7/1998 Berliner
5,790,708 A 8/1998 Delean
5,806,005 A 9/1998 Hull et al.
5,809,280 A 9/1998 Chard et al.
5,835,735 A 11/1998 Mason et al.
5,890,213 A 3/1999 Sokolov
5,903,728 A 5/1999 Semenzato
5,907,640 A 5/1999 Delean
5,913,088 A 6/1999 Moghadam et al.
5,918,213 A 6/1999 Bernard et al.

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO97/39580 10/1997

(Continued)

*Primary Examiner*—Cao (Kevin) Nguyen
(74) *Attorney, Agent, or Firm*—Xin Wen

(57) **ABSTRACT**

A computer-implemented method uploads image data to a remote computer such as a server by: defining an area in a user interface adapted to receive an image; generating a thumbnail associated with the image when the image is associated with the area; and, uploading the image to the server.

**20 Claims, 13 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,926,288 A | 7/1999 | Dellert et al. | |
| 5,933,646 A | 8/1999 | Hendrickson et al. | |
| 6,017,157 A | 1/2000 | Garfinkle et al. | |
| 6,018,774 A | 1/2000 | Mayle et al. | |
| 6,061,733 A | 5/2000 | Bodin et al. | |
| 6,102,796 A * | 8/2000 | Pajitnov et al. | 463/9 |
| 6,253,216 B1 * | 6/2001 | Sutcliffe et al. | 715/500 |
| 6,374,260 B1 * | 4/2002 | Hoffert et al. | 707/104.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO98/36556 | 8/1998 |

* cited by examiner



FIG. 1
107
Display
105
103
108
Computer
110
Non-Volatile Memory
100
117
109
I/O Unit
Memory
111
Operating System
121
113
Application Program
CPU
113
Application Program
123
Communication Card
125
Network
127



FIG. 2A



222
Online Print Service
223
4" X 6" Glossy Prints - $0.49
4" X 6" Glossy Prints - $0.49
4" X 6" Glossy Postcard - $1.95
8" X 10" Glossy Print - $3.95
2 Pack of 4"x6" (same image) - $0.95
2 Pack of 5"x7" (same image) - $1.90
2 Pack of 8"x10" (same image) - $7.75
4 Pack of 4"x6" (same image) - $1.75
4 Pack of 5"x7" (same image) - $3.70
4 Pack of 8"x10" (same image) - $14.95
Remove Image
224
236

FIG. 2B



Online Print Service - Select Images
223
5"x7" Glossy Print - $0.99
224
2
1 Image11.jpg 348068 1 2 Pack of 4"x6" (sa...
2 Image06.jpg 283252 1 2 Pack of 4"x6" (sa...
228
236

FIG. 2C



238
Online Print Service - Shipping and Payment Info
Standard Mail (5 to 7 Day Shipping Time) - $1.95
USPS Priority Mail (2 to 3 Day Shipping Time) - $3.50
FedEx (1 Day Shipping Time) - $14.95
240
AMERICAN EXPRESS card - Online secure payment
242
244
04
2000
Mr. John Phillips
248
250

FIG. 2D



250
252
254
256
Online Print Service - Shipping and Payment Info

FIG. 2E



FIG. 2F



Launch viewer
301
300
Load plug-in
302
Define area to receive image
304
306
N
Image dragged onto area?
310
Perform other viewing functions
Y
Generate and show thumbnail
312
Upload image to server
314
316
N
Done?
Y
Exit

FIG. 3



Decompress image file
330
Generate thumbnail
332
Save thumbnail to temporary local file
334
Load local thumbnail and show for viewing
336
Exit

FIG. 4

Case3:10-cv-05672-JCS Document1 Filed12/13/10 Page41 of 50

U.S. Patent Sep. 11, 2007 Sheet 10 of 13 US 7,269,800 B2

342
Copy thumbnail stored locally to server
340
Send image fil to server
342

FIG. 5

342
Partition image file into fragments
360
Generate metadata for fragments of image file
362
Send metadata to server
364
372
Select next segment
Upload fragment to server
366
368
Upload successful?
N
Y
374
Recoverable?
Y
N
Done with all fragments?
370
N
Notify user of error
376
Exit

FIG. 6



500
FRONT-END INTERFACE SUBSYSTEM
IMAGE ARCHIVE SUBSYSTEM
LAB SUBSYSTEM
Internet
Web Application
502
Image Server
504
Image/ processing server
506
Upload Server
508
Multitier Image Archive
130
Switch
510
DB Servers
520
eCommerce system
530
540
Lab link
550
Lab link
552
Lab link
554
Scheduler/ Lab DB
560
Image Cache
562
Image Processing
504
Print line
570
Line Controller
572
TC
578
Dev 1
574
Dev 2
580
Dev n
582
Line Sensors
576
Distribution System
590

FIG. 7



800
802
Shutterfly.com - Microsoft Internet Explorer
Shutterfly.com
Upload Photos
• Upload Only
Upload & Order
Drop your photos here.
Upload Photos:
0 photos
Rows 1 and 2 (0 of 0 checked)
Clear All
Select All
Deselect All
Upload Photos
Upload Only
Instructions:
1 Go to desktop & select photos to upload
2 Drag & drop photos onto "Icon-here"
3 Select photos to upload
4 Click UPLOAD
804

FIG. 8



800
802
Shutterfly.com - Microsoft Internet Explorer
Shutterfly.com
Upload Photos
Upload Only
Upload & Order
Drop your photos here.
Upload Photos:
8 photos
Rows 1 and 2 (8 of 8 checked)
Clear All
Select All
Deselect All
Upload Photos
Upload Only
1 Go to desktop & select photos to upload
2 Drag & drop photos onto "icon here"
3 Select photos to upload
4 Click UPLOAD

FIG. 9

# RESTARTABLE IMAGE UPLOADING

This application is a continuation of U.S. patent application Ser. No. 10/374,898, filed Feb. 25, 2003 now U.S. Pat. No. 7,146,575, and entitled "Image Uploading". Priority is claimed from U.S. provisional patent applications Ser. No. 60/167,243, entitled "Digital Photo Printing Service", filed Nov. 24, 1999.

## TECHNICAL FIELD

This application relates to processing and uploading of image files.

## BACKGROUND

A computer system **100** illustrated in FIG. **1** represents a typical hardware setup for executing software that allows a user to perform tasks such as communicating with other computer users, accessing various computer resources, and viewing, creating, or otherwise manipulating electronic content—that is, any combination of text, images, movies, music or other sounds, animations, 3D virtual worlds, and links to other objects. The system includes various input/output (I/O) devices (mouse **103**, keyboard **105**, display **107**) and a general purpose computer **100** having a central processor unit (CPU) **121**, an I/O unit **117** and a memory **109** that stores data and various programs such as an operating system **111**, and one or more application programs **113**. The computer system **100** also typically includes non-volatile memory **110** (e.g., flash RAM, a hard disk drive, and/or a floppy disk or other removable storage media) and a communications card or device **123** (e.g., a modem or network adapter) for exchanging data with a network **127** via a communications link **125** (e.g., a telephone line).

The computer **100** of FIG. **1** also can be connected to various peripheral I/O devices. One of the more popular of such peripheral devices is a digital camera **108** that enables users to take pictures and save them in digital (electronic) format. The digital camera **108** enables users to take pictures (i.e., images), which are saved in memory (not shown) within the digital camera **108** in a digital (electronic) format. After taking and storing the images, the user can connect the digital camera **108** to a computer system **100** in order to upload the digital images to the computer's disk drive or other non-volatile memory **110**. Once the digital images are uploaded to the computer system **100**, the user can erase the digital images from the memory of the digital camera **108** so that the user can take and store additional images using the digital camera **108**. Typically, the digital camera **108** is connected to the computer **100** only while the user is uploading images to the computer's disk drive or other non-volatile memory **110**.

Users also can obtain digital images, for example, of film-based prints from a traditional camera, by sending an exposed film into a photo-finishing service, which develops the film to make prints and then scans (or otherwise digitizes) the prints or negatives to generate digital image files. The digital image files then can be transmitted back to the user by e-mail or on a CD-ROM, diskette, or other removable storage medium.

In any event, once the digital images are stored on the computer **100**, a user can perform various operations on them. For example, an image viewer application can be used to view the images or a photo editor application can be used to touch-up or otherwise modify the images. In addition, an electronic messaging (e.g., e-mail) application can be used to transmit the digital images to other users.

In addition to viewing the digital images on the computer display **107**, users often desire to have hard copies (physical prints) made of digital images. Such hard copies can be generated locally by the user using output devices such an inkjet printer or a dye sublimation printer. In addition, users can transmit digital images (e.g., either over a computer network or by using a physical storage medium such as a floppy disk) to a photo-finishing service, which can make hard copies of the digital images and send them (e.g., by U.S. Mail or courier service) back to the user.

FIGS. **2A-2F** show a sequence of screen shots that a user might encounter when transmitting digital images to a photo-finishing service to have hard copies (prints) made of the images. In FIG. **2A**, the user first encounters a contact information window **200** in which the user must enter several items of contact information such as first and last names **202**, **204**, address **206**, city **208**, state **210**, country **210**, phone **214**, fax **216**, and Email address **218**. This information typically is required by the photo-finishing service for each order for purposes of billing and shipping.

After the user has entered the required information, the user presses the Next button **220** to arrive at the next screen—an image selection window **222** as shown in FIGS. **2B** and **2C**. In the image selection window **222**, the user designates the specific images of which hard copies are to be made. The digital images either can be selected from among the images stored on the user's computer by clicking the "Select Image . . . " button **230** or they can be acquired from a digital camera or scanner attached to the user's computer by clicking the "Acquire Image . . . " button **232**. Once selected, the images can be viewed and/or cropped by clicking on the "View/Crop" button **234**. In addition, the user can designate the hard copy format and other parameters (e.g., size, number of copies, paper type) for each of the selected images by selecting or entering the desired options using drop-down list **224** and text box **226**. The selected images and their associated parameters are shown in display area **228**. Typically, each order for prints must meet a minimum order amount **223** (e.g., five dollars).

After the images and their respective hard copy parameters have been selected, the user clicks the Next button **236** and a shipping and payment information window **238** is presented. In this window **238**, the user selects a desired shipping method from drop-down list **240** and specifies a method of payment and associated verification information in text boxes **242**, **244**, **246** and **248**.

After this information has been provided, the user clicks the Next button **250** and is presented with an order confirmation window as shown in FIG. **2E**. The order verification window **250** allows the user to view and confirm the order including the images selected and their respective parameters in display area **252**, as well as the price of the order **254**. If the user is satisfied with the order, the user clicks the Finish button **256** to complete the order.

Upon completing the order, the images are uploaded to the photo-finishing service as indicated by the upload window **258** in FIG. **2F**. Once the images are uploaded, the photo-finishing service arranges to have prints made of the selected images and to have the prints mailed to the user and address specified in the contact information window **200** shown in FIG. **2A**. If the user desires to have prints of the same (or different) images sent to another person (e.g., a family member or friend), the user typically must repeat the entire order generating process represented by FIGS. **2A-2F**. Generally, repeating the ordering process to send prints to

another person involves entering a considerable amount of redundant information and incurring separate charges, including multiple minimum order charges, on the user's credit card (or other financial instrument) as well as potentially requiring the image to be uploaded multiple times.

The present inventors recognized that it would be advantageous to provide users with a intuitive and robust environment in which a user can review a thumbnail associated with the image and upload image files so that they can be printed and/or distributed to multiple recipients while minimizing the user's time, effort, and expense in uploading the image files.

SUMMARY

In one aspect, a computer-implemented method uploads image data to a remote computer such as a server by: defining an area in a user interface adapted to receive an image; generating a thumbnail associated with the image when the image is associated with the area; and, uploading the image to the server.

Implementations of the method includes generating the thumbnail by decompressing the image file. Further, the thumbnail can be saved in a local file. The thumbnail can be loaded into a browser for viewing. The thus generated thumbnail can be uploaded to the server. The image file can then be sent to the server. The image file can be partitioned into one or more fragments. Metadata associated with each fragment can be generated to be sent to the server. The fragment can be individually uploaded to the server. If the upload generates one or more errors, the user can be informed about the with one or more error messages and instructions.

In a second aspect, a computer-implemented method uploads image data from a local computer to a remote computer by: receiving input from a user identifying an image file; generating a thumbnail image from the image file; and displaying the generated thumbnail image as a component of a web page received from the remote computer.

In yet another aspect, a computer-implemented method uploads image data from a local computer to a remote computer by: receiving input from a user identifying an image file; generating a thumbnail image from the image file; and uploading the generated thumbnail image to the remote computer before uploading the image file to the remote computer.

In yet another aspect, a computer-implemented method facilitates orders for prints of images by: displaying a thumbnail image representing a complete image; receiving input from a user ordering a print of the complete image; and delaying the print order if an image file corresponding to the complete image has not yet been uploaded.

Implementation of this aspect includes fulfilling the print order when the image fie corresponding to the complete image has been uploaded.

Advantages may include one or more of the following. The systems and techniques described here provide intuitive visual abstractions and mechanisms for efficiently and quickly designating objects, such as digital images, to be uploaded to a server. The systems and techniques also allow these images to be shared and delivered to predetermined groups of one or more recipients. By representing distribution aliases as graphic symbols (e.g. icons) with which objects can be associated (e.g., by dragging digital objects and dropping them on a graphic symbol), the act of uploading image files is simplified dramatically. At the same time, the number of discrete steps or operations required of a user to upload image files is minimized. Moreover, by enabling physical representations of the digital objects to be distributed automatically to the designated recipients, either instead of or in addition to the corresponding digital objects, objects such as physical image prints can be distributed to multiple recipients with a minimum of time, expense and effort.

One or more of the following additional advantages may also be provided. The systems and techniques described herein provide the user with robust and detailed information relating to the uploading process. The system and techniques gracefully handle upload failures in that automatic recovery, if possible, is provides. If automatic recovery is not possible, the user is informed that an upload had failed so that the user can restart the upload process. The process can handle both system related errors as well as user related errors. For instance, the user may start the upload and forget that the upload process is running due to the time required to upload multi-megabyte image files and later either turn off the computer or quit the viewer. Rather than assuming that the upload process was successful, the feedback provided by the process informs the user that he or she needs to take corrective actions.

The details of one or more embodiments are set forth in the accompanying drawings and the description below. Other features, objects, and advantages of the invention will become apparent from the description and drawings, and from the claims.

DRAWING DESCRIPTIONS

FIG. **1** is a block diagram showing a typical computer architecture.

FIGS. **2A-2F** show a sequence of screen shots that a user might encounter when transmitting digital images to a photo-finishing service provider.

FIG. **3** show a process for generating a thumbnail associated with an image file and for uploading the image file.

FIG. **4** shows in more detail operations associated with generating and saving the thumbnail.

FIG. **5** is a flowchart of a process for uploading image files to a server.

FIG. **6** is a flowchart showing in more detail the uploading of image files.

FIG. **7** is a block diagram of an embodiment of a print laboratory system.

FIGS. **8-9** show two screen shots of an exemplary upload page in a web site.

DETAILED DESCRIPTION

Referring now to FIG. **3**, a process **300** for operating on an image file is shown. First, a viewer is launched (step **301**). The viewer could be a browser such as Internet Explorer, available from Microsoft Corporation of Redmond Wash., or Netscape, available from Netscape, Inc. of Mountain View, Calif. (now America Online). The browser loads a set of embedded tags such as HTML tags that instruct the browser to instantiate or load a software module such as a plug-in. The plug-in is a software program that extends the capability of the browser in a specific way—providing the ability to receive images dragged over an area defined by the plug-in. The browser does not need to run an external application in order to interpret the data, and the result can be embedded as part of the Web page. This presents the user with a single

unified user interface where the Web document is a container for many different media types.

An example fragment of HTML which instantiates the Windows Internet Explorer version of the upload plugin in a web page is shown below:

```
<object id="uploaderControl" widthF0 height 0
codebase="Uploader.cab#Version=1,0,0,1"
classid="CLSID:B534D8C5-72CE-11D3-80A2-0050DA1AB5D6">
<param name="Server" value="http://upload.shutterfly.com">
<param name="AuthenticationID" value="000199670125">
<param name="UploadChunkSize" value="32768">
<param name="Mode" value="Select">
</object>
```

The software module is then loaded (step **302**) to customize the viewer. The software module defines an area on the screen and registers this area with the viewer as a drag-and-drop target to receive images whenever an image is dragged into the area (step **304**).

Next, the process **300** checks whether the user has dragged and dropped an image over the area defined in step **304** (step **306**). This is done by periodically checking events presented by the operating system to the software module. If the events are associated with the software module, the software module executes operations associated with the events and proceeds to step **312**. These operations include selecting certain images for transmission to other parties, or grouping certain images into albums, for example.

If the user has not dragged and dropped an image over the area, the process **300** allows a user to perform other viewing operations (step **310**). Examples of the other viewing operations include creating and editing image files before ordering or shipping physical manifestations of one or more images. The physical manifestation of the digital content may include photographic prints of the one or more digital images, framed photographic prints, photo-album pages bearing one or more digital images, compositions of digital images and other graphical and/or textual content, and/or artifacts bearing a digital image such as a novelty item, a shirt, a coffee mug, a key-chain, a mouse pad, a magnet, or a deck of playing cards. Optionally, the set of digital content may include graphical and/or textual content, and the physical manifestation of the set of digital content may include a card (e.g., a greeting card, a holiday card, an announcement, a playing card, a post card, a thank you card, or an invitation), an advertisement, a coupon, and/or a bound volume (e.g., a photo-album or a travel book) bearing the graphical and/or textual content. The graphical and/or textual content can include digital images, digitized content, and/or computer-generated content. Other operations include ordering prints associated with all images, or alternatively dividing an order into a plurality of sub-orders so that each sub-order corresponds to a different specified recipient and includes an instance of each digital image associated with the recipient corresponding to the sub-order. The order may be specified by receiving interactive input from the viewer.

Alternatively, if the user has dragged an image onto the defined area, the process **300** generates and shows a thumbnail associated with the image (step **312**) on the browser. The thumbnail is generated by the user computer. The thumbnail is shown as an additional part of the page previously loaded from the server. The combination of the newly generated thumbnail and the page is then shown by the browser.

Next, the process **300** uploads the image onto a server (step **314**). From step **310** or step **314**, the process **300** checks whether the user has completed operation using the viewer (step **316**). If not, the process **300** loops back to step **306** to continue handling user requests. Alternatively, the process **300** exits.

In one embodiment, a browser plug-in is loaded to provide an active area on the browser where the customer can drag-and-drop images onto the active area. The plug-in is a collection of computer instructions that is detected by a computer process on the user's computer at run-time and subsequently invoked during run-time. The browser provides a mechanism through which separately provided plug-ins are detected and by which a user can invoke execution of any of the plug-ins. When the user drags-and-drops a picture into the active area, the thumbnail of the customer's picture appears on the browser. Alternatively, the customer can select images using a standard file selection dialog.

In one implementation, the plug-in is implemented as dynamically linked libraries (DLLs). A DLL is a library or a collection of computer instruction modules that can be invoked (linked) by computer instruction modules in another computer program. The invocation is performed dynamically, i.e., at run-time. The computer instruction modules of a DLL are loaded into the address space of a computer process and references to the computer instruction modules are resolved into the addresses of the loaded computer instruction modules.

Although the process of FIG. **3** is directed at uploading image files, any other file transmission operations can be performed. For instance, the user optionally can attach the image file, to an e-mail message before it is sent. In this embodiment, the user can simply drag the image icon **205** from the desktop and drop it into a message text region and the image file can then be sent. Upon receipt, recipient(s) can view and otherwise access the digital image.

Turning now to FIG. **4**, step **312** is illustrated in more detail. First, the process of FIG. **4** decompresses the image file (step **330**). In one embodiment, the image file can be decompressed in accordance with a standardized image compression mechanism such as JPEG (Joint Photographic Experts Group). JPEG exploits known limitations of the human eye, notably the fact that small color changes are perceived less accurately than small changes in brightness. Although the degree of lossiness can be varied by adjusting compression parameters, to preserve image quality, the image should be compressed with an appropriate quality setting (e.g., Q 75 or more). More information about the Independent JPEG Group and its library for JPEG compression and decompression is available at www.ijg.org.

During decompression, step **330** allocates and initializes a JPEG decompression object. This step then reads compressed data from the image file as well as the header of the image file to obtain image information. Parameters for decompression are then set based on the properties of the image (in particular, its colorspace). An option allows the returned image to be scaled and allow various speed/quality tradeoffs to be selected. Once the parameter values are satisfactory, the decompression process is started, which will initialize internal state, allocate working memory, and prepare for returning data. After completing a decompression cycle, the JPEG object is destroyed. Accessing the decompressed data is done by reading pixels in all scan lines.

The process of FIG. **4** then generates a thumbnail associated with the image (step **332**). The thumbnail is generated by down-sampling the decompressed image file. The thumbnail is saved to a temporary local file on the user's computer (step **334**). Next, the local thumbnail is shown and is made available for the user to deploy as appropriate (step **336**).

Particularly, the thumbnail is presented to the viewer with a path to a file associated with the thumbnail. The thumbnail is presented to the user as if the thumbnail is a part of the page served by the remote server. Thus, the user can use the thumbnail with an impression of instant access, even though the image file is not yet available from (or uploaded to) the server.

Referring now to FIG. **5**, step **314** of FIG. **3** is shown in more detail. First, the thumbnail is generated and stored on the user's local computer (step **340**). Generation of the thumbnail includes decompressing the original file, filtering and down-sampling the image to the desired thumbnail resolution, and recompressing the thumbnail image as a JPEG file. Optionally, the process of FIG. **5** applies additional image filtering operations such as sharpening, resizing, rotating, sharpening, or color reducing operations to enhance the appearance of the thumbnail. Although JPEG is used in one embodiment, the technique is not specific to JPEG images, but rather any other method of compressing or decompressing images can be used.

When the user indicates that an image is to be uploaded (for example, by dragging and dropping the image onto a browser plug-in area), a thumbnail is first created and transmitted to the server before the entire image is uploaded. This allows the thumbnail to be displayed and used by the user while the full file is being uploaded. Thus, the user does not have to wait for the upload to finish before the user can view or access the thumbnail on the web site. The uploading of the thumbnail also allows other users to have access to the thumbnail before the full image is uploaded. This technique is also efficient in that it avoids the need to upload the full image file to the server and generating the thumbnail at the server.

When the image file is sent to the server (step **342**), a script on server (web page) loads a copy of the thumbnail from client's computer. The original thumbnail stays on the client computer. The script executes an operation that loads the thumbnail stored on the customer's computer as an image on the page displayed by the browser. Images can be manipulated almost instantaneously. In addition, the process of FIG. **5** can perform a lossless compression of the file before uploading the file.

Referring now to FIG. **6**, step **342** is shown in more detail. First, the image file is partitioned into one or more fragments (step **360**). Next, the process of FIG. **6** generates metadata associated with the fragments of the image file (step **362**). The metadata transmitted to the upload server relates not only to the individual fragments, but to the image and the image upload as a whole. In one embodiment, the data provides information on:

raw image dimensions and file size
preferred viewing orientation
location of the original local file
location of a cached copy of the original file
size of fragments to be transmitted
total number of fragments to be transmitted

The metadata is then sent to the server (step **364**). From step **364**, the current fragment is uploaded to the server (step **366**). Next, the process of FIG. **6** checks whether the upload was successful (step **368**). If so, the process of FIG. **6** checks whether all fragments have been uploaded (step **370**). If not, the next segment is selected (step **372**) and the process of FIG. **6** loops back to step **366** to continue uploading the image file.

From step **368**, in the event that the upload was not successful, the process of FIG. **6** checks whether the error is recoverable (step **374**). If so, the process of FIG. **6** may optionally notify the user or alternatively may simply loop back to step **366** to retry the uploading of the fragment. The error is recoverable if a communication link such as an Internet link is present so that the fragment can be resend. If there is failure, the process can restart the upload after the last fragment had been successfully uploaded before occurrence of the error without re-uploading the entire image file. Thus, recovery time is minimized.

From step **374**, if the error is not recoverable, the process of FIG. **6** notifies the user with an error message (step **376**). The message can be sent using a variety of modalities, including email, telephone call, facsimile transmission, among others. In addition, the message can inform user on how to restart the upload. The message can also use available information about the image being uploaded to the server to provide diagnostic information in email message, including the file name, the number of fragments received and the number of outstanding fragments, the location of the file, and instructions on finishing the upload, among others. The instructions can simply instruct the user to establish the communication link and execute the browser so that the browser is activated and can continue the uploading process. From step **370** to step **376**, the process of FIG. **6** exits.

The process of FIG. **6** gracefully handles upload failures in that it provides automatic recovery if possible, and if not, informs users that an upload had failed so that the user can restart the upload process. The process of FIG. **6** can handle both system related errors as well as user related errors. For instance, the user may start the upload and forget that the upload process is running due to the time required to upload multi-megabyte image files and later either turn off the computer or quit the viewer. The feedback provided by the process of FIG. **6** informs the user that he or she needs to take corrective actions rather than assume that the upload process was successful.

Once the image has been uploaded, it may be shared with others, or may be printed as a photograph. FIG. **7** illustrates an embodiment that uses image data uploaded by the system of FIG. **3** in an application for handling photographic print images. The system of FIG. **7** has a front-end interface subsystem that is connected to a wide area network such as the Internet. The front end interface subsystem includes one or more web application systems **502**, one or more image servers **504**, one or more image processing servers **506**, and one or more upload servers **508**, all of which connect to a switch **510**.

The switch **510** in turn routes packets received from the one or more web application systems **502**, image servers **504**, image processing servers **506** and upload servers **508** to the multi-tier image archive system **130**.

The switch **510** also forwards communications between the web application systems **502**, image servers **504**, image processing servers **506** and upload servers **508** to one or more database servers **520**. The switch **510** also is in communication with an e-commerce system **530** that can be connected via a telephone **540** to one or more credit card processing service providers such as VISA and MasterCard.

The switch **510** also communicates with one or more lab link systems **550**, **552** and **554**. These lab link systems in turn communicate with a scheduler database system **560**. The scheduler database system **560** maintains one or more print images on its image cache **562**. Data coming out of the image cache **562** is provided to an image processing module **564**. The output of the image processing module **564** is provided to one or more film development lines **574**, **580** and **582**.

The scheduler database **560** also communicates with a line controller **572**. The line controller **572** communicates with a quality control system **578** that checks prints being provided from the photographic film developing lines **574**, **580** and **584**. The quality of prints output by the film developing lines **534**, **580** and **582** can be sensed by one or two more line sensors **576**, which reports back to the quality controller **578**. The output of the print line **570** is provided to a distribution system **590** for delivery to the users who requested that copies of the prints.

The multi-tier system uses a name resolution protocol to locate the file within the multi-tier structure. In this protocol, given an image ID, an image can be located on the multi-tier system without incurring the cost of accessing a name database. This is achieved because each image ID is unique and database lookups are not needed to resolve the desired image. This level of scalability is important since it provides the ability to scale the image retrieval bandwidth by just increasing the number of image server independent of the number of database servers. In order words, the name resolution protocol decouples the database bottleneck from the image retrieval bottleneck.

After the prints, recipients and respective parameters have been specified, the user's order is fulfilled by making prints of the designated images and distributing them to the specified recipients (step **406**). In general, fulfillment can be accomplished either by the photo-finisher itself or by another entity or company in cooperation with the photo-finisher. Potentially, the photo-finisher could have business arrangements with two or more different fulfillment companies, which could be dispersed geographically (at various locations around the country or world) to minimize shipping costs, labor costs and/or delivery time. Alternatively, or in addition, different fulfillment companies could be used which have different areas of expertise or production capability. For example, one fulfillment company could specialize in making standard photographic prints, another fulfillment company could specialize in printing greeting cards, yet another fulfillment company could specialize in generating T-shirts, and so on.

Distribution and delivery of the prints to recipients could be accomplished by any of various techniques. For example, standard U.S. Mail or courier services (e.g., Federal Express or UPS) could be employed. Alternatively, the photo-finisher could have a business arrangement with various other service or delivery companies to deliver print orders along with other regularly scheduled deliveries. For example, the photo-finisher could have a business arrangement with a delivery or service company (e.g., Webvan, an online grocer in the San Francisco Bay area, or Streamline, Inc., a goods/services/convenience portal head-quartered in the Boston area) in which the prints for a particular recipient would be generated on the delivery/service company's premises and then delivered either alone or along with that recipient's order of other goods/services.

FIGS. **8-9** show two screen shots of an exemplary upload page in a web site. FIGS. **8** and **9** illustrate the system before and after dropping images onto the plugin area, respectively. As shown in FIG. **8**, a user can view a photo-finisher's web page **802**, hosted on a remote server, in a browser window **800** on a client computer. The area **804** demarcated by the photo corners, which displays "Drop you photos here" is the active region for receiving an image file.

As shown in FIG. **9**, after the user has dragged-and-dropped selected images into the image area **804**, the plug-in causes thumbnails **805-812** to be generated locally and displayed in the image area **804** as part of the web page **802**. Subsequently, the thumbnails and their corresponding images can be uploaded to the server as described above.

It is to be noted that drag-and-drop is not the only way of selecting images to upload. Other techniques for selecting images to upload include a file browser dialog selection method. Additionally, other modalities such as cut and paste can also be used to select images to upload.

The techniques, methods, and systems described here may find applicability in any computing or processing environment in which users desire to order physical manifestations (e.g., prints) of digital content and have them distributed to one or more intended recipients. For example, these techniques could be applied to allow users to choose or develop a holiday (e.g., Christmas) card design online (including images and other graphics, personalized text, personalized signatures, and/or any type of computer-generated content) and then have physical copies of that design produced (e.g., actual paper-and-ink Christmas cards) and distributed automatically to everyone on the user's Christmas card list. This same concept could be applied to enable users to design physical post cards, wedding or party invitations, thank you cards, and the like and to have them produced and distributed. In the same vein, businesses could use these techniques to design targeted mailings (sets of targeted coupons, an advertisement made up of selected text and graphic components, etc.) and have them produced and distributed to specified recipients.

The invention may be implemented in digital hardware or computer software, or a combination of both. Preferably, the invention is implemented in a computer program executing in a computer system. Such a computer system may include a processor, a data storage system, at least one input device, and an output device. Further, variations to the basic computer system are within the scope of the present invention. For example, instead of using a mouse as user input devices, a pressure-sensitive pen, digitizer or tablet may be used.

The above-described software can be implemented in a high level procedural or object-oriented programming language to operate on a dedicated or embedded system. However, the programs can be implemented in assembly or machine language, if desired. In any case, the language may be a compiled or interpreted language.

Each such computer program can be stored on a storage medium or device (e.g., CD-ROM, hard disk or magnetic diskette) that is readable by a general or special purpose programmable computer for configuring and operating the computer when the storage medium or device is read by the computer to perform the procedures described. The system also may be implemented as a computer-readable storage medium, configured with a computer program, where the storage medium so configured causes a computer to operate in a specific and predefined manner.

Other embodiments are within the scope of the following claims.

What is claimed is:

1. A method for uploading image data to a remote computer, comprising:

defining an area in a user interface adapted to receive an image;

generating a thumbnail associated with the image when the image is associated with the area;

partitioning the image into one or more fragments;

generating metadata including the total number of fragments to be uploaded;

sending the metadata to the remote computer; and

uploading each fragment to the remote computer.

2. The method of claim 1, further comprising determining whether a fragment upload was successful.

3. The method of claim 2, further comprising generating a message if one or more fragment uploads had failed.

4. The method of claim 3, wherein the message relates to one or more of the following: the name of the file, the number of fragments received, the number of outstanding fragments, the location of the file, and instructions on finishing the upload.

5. The method of claim 2, further comprising retrying the uploading step if the fragment upload failed.

6. The method of claim 1, wherein generating the thumbnail further comprises decompressing the image file.

7. The method of claim 1, wherein generating the thumbnail further comprises loading the local thumbnail into a browser for viewing.

8. The method of claim 1, wherein the metadata includes one or more sizes of the fragments to be uploaded or raw image dimensions.

9. The method of claim 1, wherein the metadata includes location of the original image file or a preferred viewing orientation.

10. A method of uploading image files from a local computer to a remote computer, comprising:

receiving input from a user identifying an image file;
generating a thumbnail image from the image file;
partitioning an image file into a plurality of fragments;
generating metadata including the total number of fragments to be uploaded;
initiating an upload of the fragments to the remote computer;
sending the metadata to the remote computer; and
displaying information about the status of the upload of the image file.

11. The computer-implemented method of claim 10 further comprising determining whether a fragment upload was successful.

12. The method of claim 11, wherein the displayed information includes upload failure message if one or more fragment uploads had failed.

13. The method of claim 11, further comprising retrying the uploading step if the fragment upload failed.

14. The method of claim 10, wherein the metadata includes one or more sizes of the fragments to be uploaded or raw image dimensions.

15. The method of claim 10, wherein the metadata includes location of the original image file or a preferred viewing orientation.

16. A system for uploading image data to a remote computer, comprising:

a display device configured to define an area in a user interface adapted to receive an image;
a computer configured to generate a thumbnail associated with the image when the image is associated with the area, to partion the image into one or more fragments and to generate metadata including the total number of fragments to be uploaded; and
a communication device configured to upload each fragment and send the metadata to the remote computer.

17. The system of claim 16, wherein the computer loads the local thumbnail into a browser for viewing.

18. The system of claim 16, wherein the computer displays information about the status of the upload of the image file.

19. The system of claim 16, wherein the computer determines whether a fragment upload was successful.

20. The system of claim 19, wherein the communication device retries the uploading if the computer determines that one or more fragment uploads had failed.

* * * * *